CHARLES D. MAY, ESQ. (Bar No. 129663)
GENE B. SHARAGA, ESQ. (Bar No. 131661)
**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221
Telephone: (818) 205-9955
Facsimile: (818) 205-9944
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| LATONYA WATTS,<br><br>    Plaintiff(s),<br><br>v.<br><br>LOWE'S HIW, INC., and DOES 1 to 25,<br><br>    Defendant(s). | **CASE NO.** 10-CV-04272 RS<br><br>(Contra Costa County Superior Court Case No. C10-02127)<br><br>[PROPOSED] **ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff LATONYA WATTS is hereby dismissed in its entirety, with prejudice.

Dated: 9/16/11          By: _____
                              U.S. DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER ON VOLUNTARY DISMISSAL
Watts v. Lowe's HIW, Inc., et al.
Case No. 10-CV-04272 RS